STATE v. REID. (Same party and like facts, as in foregoing case).

BURWELL, J.: Upon the special verdict, the defendant was properly adjudged guilty. *State* v. *Stevens*, 114 N. C., 873, and *State* v. *Reid*, at this term.                    Affirmed.